UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GROVE,

        Petitioner,

v.

CONNIE HARGROVE,

        Respondent.

Case No. 21-11393
Honorable Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, and in accordance with the Memorandum Opinion and Order entered on August 2, 2023:

(1) The Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE.**

(2) A Certificate of Appealability is **DENIED.**

(3) Petitioner is **GRANTED** leave to appeal *in forma pauperis.*

Dated at Flint, Michigan, this 2nd, day of August, 2023.

                                    KINIKIA ESSIX
                                    CLERK OF THE COURT

APPROVED:

                                                        BY: s/Julie Owens
                                                            DEPUTY CLERK

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge